**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Kenneth Brian Young, | Civil No. 05-454 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| Minnesota Department of Corrections at Rush City, Sergeants Selk and Van Coolidge, Officer Cheryl Wendorff, Warden Robert Feneis, Associate Wardens Jim Zawacki and Joseph Cosgrove, and Fredrick Bernard Tyus, Richard Joseph Martin, and Edward Wayne Whitefeather, | |
| Defendants. | |

---

Pursuant to the Stipulation (Doc. No. 48), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** against Defendant Cheryl Wendorff.

Dated: February 27, 2006                               s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge

1